UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:98-CR-23-1-F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ANTHONY GLENN, ) | |
| Defendant. ) | |

The defendant's Motion for Reconsideration ("*Motion to Recognize Subsequent Change; Not a Successive Motion*") [DE-121], and his Motion for Appointment of Counsel [DE-122] are DENIED without prejudice. Motions seeking the relief Glenn is requesting are under review at this time. If appropriate, additional order(s) will be entered herein.

SO ORDERED.

This, the 27th day of September, 2011.

JAMES C. FOX
Senior United States District Judge